# United States District Court

FOR THE DISTRICT OF

NEVADA

UNITED STATES OF AMERICA

v.   Crim No. 3:15CR00042

Brynn Chereeann Caputo

On November 23, 2015 the above named was placed on probation for a period of 5 years. She has complied with the rules and regulations of probation and is no longer in need of probation. It is accordingly recommended that she be discharged from probation.

Respectfully submitted,

Digitally signed by Kevin Rivera
Date: 2020.03.27 10:59:03 -07'00'

Kevin Rivera
United States Probation Officer Assistant

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this 27th day of March 2020

Miranda M. Du
Chief United States District Judge